**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1859

EVETTE E. HAGY, Widow of Jerry R. Hagy,

        Petitioner,

      v.

WELLMORE COAL COMPANY, c/o Wellmore Energy; SECURITY INSURANCE COMPANY OF HARTFORD; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

        Respondents.

On Petition for Review of an Order of the Benefits Review Board. (19-0362 BLA)

Submitted: August 23, 2022                  Decided: August 25, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Evette E. Hagy, Petitioner Pro Se. James Mark Poerio, POERIO & WALTER, INC., Pittsburgh, Pennsylvania; Jeffrey Steven Goldberg, Gary K. Stearman, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evette E. Hagy petitions for review of the Benefits Review Board's (BRB) decision and order affirming the Administrative Law Judge's (ALJ) denial of black lung benefits pursuant to 30 U.S.C. §§ 901-944.  On appeal, we confine our review to the issues raised in the informal brief.  See 4th Cir. R. 34(b).  Because Hagy's informal brief does not challenge the basis for the ALJ and BRB's decisions, she has forfeited review of these orders.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*